**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**

FEDERAL TRADE COMMISSION;

STATE OF ALABAMA;

STATE OF ARIZONA;

STATE OF ARKANSAS, *ex rel.* Attorney General Tim Griffin;

PEOPLE OF THE STATE OF CALIFORNIA, acting by and through Los Angeles County Counsel Dawyn R. Harrison;

STATE OF CONNECTICUT;

OFFICE OF THE ATTORNEY GENERAL, STATE OF FLORIDA, DEPARTMENT OF LEGAL AFFAIRS;

STATE OF ILLINOIS;

STATE OF IOWA, *ex rel.* Brenna Bird, Attorney General;

STATE OF KANSAS, *ex rel.* Kris W. Kobach, Attorney General;

STATE OF LOUISIANA;

PEOPLE OF THE STATE OF MICHIGAN;

STATE OF MISSISSIPPI;

STATE OF NEBRASKA, *ex rel.* Michael T. Hilgers, Attorney General;

STATE OF NEW JERSEY, by Attorney General Jennifer Davenport;

STATE OF NORTH CAROLINA, *ex rel.* Jeff Jackson, Attorney General;

Case No. 3:26-cv-01693

Judge Aleta A. Trauger

**PLAINTIFFS' MOTION AND MEMORANDUM OF LAW TO SEAL MATERIAL IN COMPLAINT DESIGNATED BY DEFENDANT DOLLAR GENERAL AS CONFIDENTIAL**

STATE OF OHIO, *ex rel.* Attorney General D. Andrew Wilson;

STATE OF OKLAHOMA;

STATE OF TENNESSEE, *ex rel.* Jonathan Skrmetti, Attorney General and Reporter;

UTAH DIVISION OF CONSUMER PROTECTION; AND

STATE OF WISCONSIN,

Plaintiffs,

v.

DOLLAR GENERAL CORPORATION, also d/b/a Dollar General, a corporation,

Defendant.

Plaintiffs' Complaint includes certain information that Defendant Dollar General Corporation ("Dollar General") submitted to the FTC in response to compulsory process. Because Plaintiff FTC must, by statute, give Defendant an opportunity to seek to seal that information, Plaintiffs file this Motion to seal certain portions of the Complaint. Plaintiffs, however, oppose the sealing of most of this information. Dollar General will have a chance to support its sealing requests in opposition to this Motion, and Plaintiffs will respond to those arguments in their Reply.

In support of this Motion, Plaintiffs state as follows:

1. During the FTC's investigation leading to this action, Dollar General and its employees produced documents and provided information and testimony (collectively, "Covered Information") to the FTC. Under Section 21(b)(3)(C) of the FTC Act, 15 U.S.C. § 57b-2(b)(3)(C), the FTC generally may not disclose Covered Information without Dollar General's

consent.

2. The FTC may, however, use Covered Information "in judicial proceedings," such as this one, "to which the Commission is a party." 15 U.S.C. § 57b-2(d)(1)(C). In such circumstances, the disclosure of such materials "shall be governed by the rules of the Commission for adjudicative proceedings or by court rules or orders." *Id.* § 57b-2(d)(2). Commission Rule 4.10(g), 16 C.F.R. § 4.10(g), in turn, provides that before disclosing Covered Information in federal court proceedings, the FTC must give the submitter (here, Dollar General) "an opportunity to seek an appropriate protective or *in camera* order."

3. Plaintiffs' Complaint, which Plaintiffs filed with redactions at Dkt. 1 and are filing under seal concurrently herewith, contains Covered Information submitted by Dollar General during the FTC's investigation. Therefore, pursuant to 15 U.S.C. § 57b-2 and 16 C.F.R. § 4.10(g), the FTC cannot disclose these materials without providing Dollar General "an opportunity to seek an appropriate protective or *in camera* order." 16 C.F.R. § 4.10(g).

4. In advance of Plaintiffs' filing the Complaint, the FTC conferred with Dollar General to determine whether Dollar General intended to seek an order to seal any of the Covered Information contained in the Complaint. In response, Dollar General identified certain information (the "Temporarily Sealed Information") as to which it intends to seek a sealing order. For the most part, Plaintiffs oppose the permanent sealing of the Temporarily Sealed Information.

5. Therefore, this situation is analogous to the situation covered by Local Rule 5.03(d), in which a party (here, the FTC) seeks to use "information or documents" that the opposing party "designated in discovery as confidential." Under Local Rule 5.03(d), the party seeking to use the confidential information files a motion to seal, and the party seeking to seal

the information (here, Dollar General) "retains the burden," when responding to the motion to seal, of establishing that the material should be sealed.

6. In order to meet its burden of permanently sealing the Temporarily Sealed Information, Dollar General must "provide compelling reasons to overcome the presumption that court records are open to the public." LR 5.03(c). Specifically, it "must show that the sealing is narrowly tailored to the stated reasons by specifically analyzing in detail, document by document, the propriety of secrecy, providing supporting facts and legal authority." *Id.*; *see also Shane Group, Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d 299, 308 (6th Cir. 2016) ("In civil litigation, only trade secrets, information covered by a recognized privilege (such as the attorney-client privilege), and information required by statute to be maintained in confidence (such as the name of a minor victim of a sexual assault) is typically enough to overcome the presumption of access." (cleaned up)).

7. The sealed version of Plaintiffs' Complaint, filed concurrently herewith, highlights all material as to which Dollar General has stated it intends to seek a sealing order. Blue highlighting indicates material as to which Plaintiffs do not intend to oppose Dollar General's sealing request. Yellow highlighting indicates material as to which Plaintiffs intend to oppose Dollar General's sealing request. Plaintiffs will respond to Dollar General's arguments regarding the yellow-highlighted material in their Reply.

Respectfully submitted,

Dated: October 26, 2026

/s/ Evan M. Mendelson
Christopher J. Erickson (*pro hac vice forthcoming*)
(MA Bar No. 716986; MD Bar No. 1712130163)
Baasil Shariff (*pro hac vice forthcoming*)
(DC Bar No. 1736535)
Evan M. Mendelson (*pro hac vice forthcoming*)
(DC Bar No. 996765)
Federal Trade Commission
600 Pennsylvania Avenue, NW, CC-6316
Washington, DC 20580
Phones: 202-677-8302 (Erickson); 202-326-2855 (Shariff); 202-326-3320 (Mendelson)
Emails: cerickson@ftc.gov; bshariff@ftc.gov; emendelson@ftc.gov

Maris K.V. Snell (*pro hac vice forthcoming*)
(FL Bar No. 125585)
Federal Trade Commission
1350 Euclid Avenue, Suite 325
Cleveland, OH 44115
Phone: 202-660-8544
Email: msnell@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**FOR THE STATE OF ALABAMA:**

Steve Marshall
Attorney General

By: /s/ Michael G. Dean
Michael G. Dean (*pro hac vice forthcoming*)
Assistant Attorney General
S. Shawn Sibley (*pro hac vice forthcoming*)
Assistant Attorney General
Office of the Attorney General
Consumer Interest Division
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
(334) 242-7300
Michael.Dean@AlabamaAG.gov
Shawn.Sibley@AlabamaAG.gov

Attorneys for Plaintiff the State of Alabama

**FOR THE STATE OF ARIZONA:**

KRISTIN K. MAYES
Attorney General

/s/ Allison Weber
ALLISON WEBER (*pro hac vice forthcoming*)
Assistant Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004
Telephone: (520) 209-4333
Email: allison.weber@azag.gov

Attorney for Plaintiff the State of Arizona

**FOR THE STATE OF ARKANSAS:**

TIM GRIFFIN
ATTORNEY GENERAL

By: /s/ Amanda Wentz________
Amanda Wentz, Ark. Bar No. 2021066
(*pro hac vice forthcoming)*
Senior Assistant Attorney General
Office of the Arkansas Attorney General
101 West Capitol Avenue
Little Rock, AR 72201
Phone: (501) 682-1178
Fax: (501) 682-8118
Email: amanda.wentz@arkansasag.gov

Attorney for Plaintiff the State of Arkansas

**FOR THE PEOPLE OF THE STATE OF CALIFORNIA:**

/s/ Hannah Flores

DAWYN R. HARRISON, County Counsel

SCOTT KUHN, Assistant County Counsel (*pro hac vice forthcoming*) (SBN 190517)
skuhn@counsel.lacounty.gov

ANDREA E. ROSS, Principal Deputy County Counsel (*pro hac vice forthcoming*) (SBN 179398)
aross@counsel.lacounty.gov

PETER LEE, Senior Deputy County Counsel (*pro hac vice forthcoming*) (SBN 290846)
plee@counsel.lacounty.gov

HANNAH FLORES, Senior Deputy County Counsel (*pro hac vice forthcoming*) (SBN 305873)
hflores@counsel.lacounty.gov

OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 808-8747·Fax: (213) 680-2165

CHRISTINA TUSAN (*pro hac vice forthcoming*)
(SBN 192203) • ctusan@ctusanlaw.com

ADRIAN BARNES (*pro hac vice forthcoming*)
(SBN 253131) • abarnes@ctusanlaw.com

TUSAN LAW, P.C.
680 East Colorado Boulevard, #180
Pasadena, California 91101
Telephone: (626) 418-8203·Fax: (626) 619-8253

Attorneys for Plaintiff
The People of the State of California

**FOR THE STATE OF CONNECTICUT:**

WILLIAM TONG

ATTORNEY GENERAL OF THE
STATE OF CONNECTICUT

/s/ Brendan T. Flynn
Brendan T. Flynn (*pro hac vice forthcoming*)
Fed. Bar No. ct04545
Assistant Attorney General
Office of the Attorney General of the
State of Connecticut
165 Capitol Ave.
Hartford, CT 06106
Tel: 860-808-5400
Fax: 860-808-5593
Brendan.Flynn@ct.gov

Attorney for Plaintiff the State of
Connecticut

**FOR THE OFFICE OF THE ATTORNEY GENERAL STATE OF FLORIDA:**

JAMES UTHMEIER
*Attorney General*

/s/ Ryan M. Uhrig
Ryan Michael Uhrig (FBN 118468)
(*pro hac vice forthcoming*)
*Special Counsel*
Florida Office of the Attorney General
3507 E. Frontage Road, Suite 325
Tampa, Florida 33607
Telephone (813) 287-7260

Christopher Sutter (FBN 422215)
(*pro hac vice forthcoming)*
*Assistant Attorney General*
Florida Office of the Attorney General
1 SE 3rd Avenue, Ste. 900
Miami, FL 33131
Telephone: (305) 377-5835
Christopher.Sutter@myfloridalegal.com

Attorneys for Plaintiff, the Office of the Attorney General, Department of Legal Affairs, State of Florida

**FOR THE PEOPLE OF THE STATE OF ILLINOIS:**

KWAME RAOUL
Attorney General

/s/ Linda Jun
Jacob Gilbert (*pro hac vice forthcoming*)
Linda Jun (*pro hac vice forthcoming*)
Office of the Illinois Attorney General
Consumer Fraud Bureau
115 S. LaSalle Street
Chicago, Illinois 60603
Jacob.Gilbert@ilag.gov
Linda.Jun@ilag.gov

Attorneys for Plaintiff
The People of the State of Illinois

**FOR THE STATE OF IOWA:**

BRENNA BIRD
Attorney General of Iowa

/s/ Eric Wessan
Eric Wessan (*pro hac vice forthcoming*)
Solicitor General
Hoover State Office Bldg.
1305 E. Walnut St.
Des Moines, Iowa 50319
(515) 823-9117
eric.wessan@ag.iowa.gov

Attorney for Plaintiff the State of Iowa

**FOR THE STATE OF KANSAS:**

KRIS W. KOBACH
ATTORNEY GENERAL

BY: /s/ Kaley Schrader______________
Kaley Schrader, KS Bar No. 27700
(*pro hac vice forthcoming*)
Assistant Attorney General
Office of the Kansas Attorney General
120 SW 10th Ave, 2nd Floor
Topeka, Kansas 66612-1597
Telephone: (785) 296-3751
Fax: (785) 291-3699
Email: kaley.schrader@ag.ks.gov

Attorney for Plaintiff the State of Kansas

**FOR THE STATE OF LOUISIANA:**

LIZ MURRILL
ATTORNEY GENERAL

BY: /s/ Hanna W. Thomas_________
Hanna W. Thomas, La. Bar No. 32082
(*pro hac vice forthcoming*)
Assistant Attorney General Specialist
Louisiana Department of Justice
Public Protection Division
1885 North 3rd Street (70802)
Post Office Box 94005
Baton Rouge, Louisiana 70804-9005
Telephone: (225) 326-6438
Facsimile: (225) 326-6499
Email: ThomasH@ag.louisiana.gov

Attorney for Plaintiff the State of Louisiana

**FOR THE PEOPLE OF THE STATE OF MICHIGAN:**

By: /s/ Sarah R. Robbins____________

Sarah R. Robbins, TN BPR #029368, MI P81944
Darrin F. Fowler, MI P53464
(*pro hac vice forthcoming*)
Kathy Fitzgerald, MI P31454
(*pro hac vice forthcoming*)
Assistant Attorneys General
Michigan Department of Attorney General
Corporate Oversight Division
525 West Ottawa Street, 5th Floor
P.O. Box 30736
Lansing, MI 48909
Phone: (517) 335-7632
Fax: (517) 335-6755
robbinss@michigan.gov
FowlerD1@michigan.gov
fitzgeraldk@michigan.gov

Attorneys for Plaintiff
The People of the State of Michigan

**FOR THE STATE OF MISSISSIPPI:**

FOR THE ATTORNEY GENERAL,
LYNN FITCH

By: /s/ Sandra D. Buchanan
Sandra D. Buchanan, MSB# 100864
(*pro hac vice forthcoming*)
Consumer Protection Division
Mississippi Attorney General's Office
Post Office Box 220
Jackson, Mississippi 39205
Phone: 601-359-4223
Emails: sandra.buchanan@ago.ms.gov

Tricia L. Beale, MSB# 99113
(*pro hac vice forthcoming*)
Consumer Protection Division
Mississippi Attorney General's Office
2555 14th Street
Gulfport, Mississippi 39501
Phone: 228-386-4404
Email: tricia.beale@ago.ms.gov

Attorneys for Plaintiff the State of Mississippi

**FOR THE STATE OF NEBRASKA:**

MICHAEL T. HILGERS
Attorney General of Nebraska

*/s/* Michael A. Greenlee
Michael A. Greenlee (NE #24333)
(*pro hac vice forthcoming*)
Assistant Attorney General
Consumer Protection Bureau
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, Nebraska 68508
Telephone: (402) 471-3840
Fax: (402) 471-4725
michael.greenlee@nebraska.gov

Attorney for Plaintiff the State of Nebraska

**FOR THE STATE OF NEW JERSEY:**

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

/s/ Christopher Meyer
Christopher Meyer (104602015)
(*pro hac vice forthcoming*)
Deputy Attorney General
Consumer Fraud Prosecution
124 Halsey Street
Newark, NJ 07102
(609) 696-5363
christopher.meyer@law.njoag.gov

Attorney for Plaintiff the State of New Jersey

**FOR THE STATE OF NORTH CAROLINA, *ex rel. Jeff Jackson*:**

JEFF JACKSON
Attorney General

/s/ Joshua Abram
Joshua Abram (*pro hac vice forthcoming*)
Special Deputy Attorney General
Kunal Choksi (*pro hac vice forthcoming*)
Senior Deputy Attorney General
Director, Consumer Protection Division

North Carolina Department of Justice
Post Office Box 629
Raleigh, NC 27602
Tel: (919) 716-6000
Fax: (919) 716-6050
jabram@ncdoj.gov
kchoksi@ncdoj.gov

Attorneys for Plaintiff the State of North Carolina

**FOR THE STATE OF OHIO:**

D. ANDREW WILSON
Attorney General
State of Ohio

/s/ Andrew D. Neuhauser
Andrew D. Neuhauser (Ohio Bar No. 0082799)
(*pro hac vice forthcoming*)
Paige E. Weinstein (Ohio Bar No. 0098371)
(*pro hac vice forthcoming*)
Assistant Attorneys General
Consumer Protection Section
Ohio Attorney General's Office
30 East Broad Street
Columbus, Ohio 43215
Telephone: 614-644-9618
Facsimile: 866-921-9921
Andrew.Neuhauser@OhioAGO.gov
Paige.Weinstein@OhioAGO.gov

Attorneys for Plaintiff the State of Ohio *ex rel.*
Attorney General D. Andrew Wilson

**FOR THE STATE OF OKLAHOMA:**

GENTNER DRUMMOND
OKLAHOMA ATTORNEY GENERAL

/s/ Kristin Siegel
Cameron R. Capps (*pro hac vice forthcoming*)
Deputy Attorney General
Kristin Siegel (*pro hac vice forthcoming*)
Assistant Attorney General
313 NE 21st Street
Oklahoma City, Oklahoma 73105
Telephone: (405) 522-9052
Facsimile: (405) 521-3921
Email: Cameron.Capps@oag.ok.gov
Kristin.Siegel@oag.ok.gov

Attorneys for Plaintiff the State of Oklahoma

**FOR THE STATE OF TENNESSEE:**

JONATHAN SKRMETTI
Attorney General and Reporter

/s/ Hannah G. Murray
Hannah G. Murray
Daimon S. Duggar
Office of the Tennessee Attorney General
Public Protection Section
Consumer Protection Division
P.O. Box 20207
Nashville, TN 37202-0207
Phones: 615-253-4146 (Murray);
615-253-5830 (Duggar)
Emails: Hannah.Murray@ag.tn.gov;
Daimon.Duggar@ag.tn.gov

Attorneys for Plaintiff the State of Tennessee

**FOR THE UTAH DIVISION OF CONSUMER PROTECTION:**

/s/ Alexandra Butler
DEREK E. BROWN
UTAH ATTORNEY GENERAL
Douglas Crapo
Public Protection Deputy Attorney General
Alexandra Butler (*pro hac vice forthcoming*)
Landon Evans (*pro hac vice forthcoming*)
Assistant Attorneys General
160 East 300 South, 5th Floor
Salt Lake City, Utah 84114
(801) 366-0310
alexandrabutler@agutah.gov
landonevans@agutah.gov

Attorneys for Plaintiff Utah Division of Consumer Protection

**FOR THE STATE OF WISCONSIN:**

JOSHUA L. KAUL
Attorney General of Wisconsin

/s/ Laura E. McFarlane______________

LAURA E. MCFARLANE
Assistant Attorney General
State Bar #1089358 (*pro hac vice forthcoming*)
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-8911
(608) 294-2907 (Fax)
laura.mcfarlane@wisdoj.gov

Attorney for the State of Wisconsin

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2026, the foregoing document was filed with the Court's Electronic Case Filing System (CM/ECF), which shall provide a Notice of Electronic Filing to all registered users of the CM/ECF in this case. The foregoing document also is being served, on October 27, 2026, by first-class mail on Defendant Dollar General Corporation, c/o Registered Agent Corporation Service Company, 2908 Poston Ave., Nashville, TN 37203-1312.

/s/ Evan M. Mendelson